■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MITCHELL MONTGOMERY, Appellant. [908 NYS2d 382]—Motion for

writ of error coram nobis denied. Present—Scudder, P.J., Carni, Lindley, Sconiers and Green, JJ.